**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EPIC GAMES, INC.,

                    Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                    Defendants.

Case No. 23-cv-14326

**Judge Robert W. Gettleman**

**Magistrate Judge Jeffrey Cole**

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Epic Games, Inc.'s ("Plaintiff") *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (the "Seller Aliases"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court further finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered

---

[1] The e-commerce store URLs are listed on Schedule A attached hereto.

trademarks (the "Fortnite Trademarks") to Illinois residents (a list of which is included in the below chart).

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 5,595,766 | FORTNITE | Oct. 30, 2018 | For: Video game software in class 009.<br><br>For: Entertainment services, namely, providing on-line computer games; Entertainment services, namely, providing online video games in class 041. |
| 5,789,901 | FORTNITE | Jun. 25, 2019 | For: Stands for handheld digital electronic devices, namely, cell phones in class 009.<br><br>For:   Charms for key rings or key chains; Key chains; Pins being jewelry in class 014.<br><br>For: Backpacks in class 018.<br><br>For: Costumes for use in role-playing games; Halloween costumes; Halloween costumes and masks sold in connection therewith; Socks; Sweatshirts in class 025.<br><br>For: Ornamental novelty pins; Wigs in class 026.<br><br>For: Collectable toy figures; Halloween masks; Modeled plastic toy figurines; Play figures; Toy action figures and accessories therefor; Toy figures; Toy vehicles; Toy vehicles and accessories |

| | | | |
|---|---|---|---|
| | | | therefor; Toys, namely, children's dress-up accessories in class 028. |
| 5,886,389 | FORTNITE | Oct. 15, 2019 | For: Computer game instruction manuals and hint books; calendars and posters in class 016.<br><br>For: Hats; Headwear; Hooded pullovers; Hooded sweat shirts; T-shirts in class 025.<br><br>For: Toy action figures in class 028.<br><br>For: Arranging and conducting live, interactive gaming tournaments featuring video games; organizing live fan meetings and conferences in which there is interactive gameplay between conference participants in the fields of gaming, video games, and e-sports; organizing live video game and e-sports competitions in class 041. |
| 5,950,364 | FORTNITE | Dec. 31, 2019 | For: Video game software in class 009.<br><br>For:   Entertainment services, namely, providing online video games in class 041. |
| 6,341,978 | FORTNITE | May 04, 2021 | For: Comic books in class 016.<br><br>For: Providing a website featuring |

| | | | |
|---|---|---|---|
| | | | blogs and non-downloadable publications in the nature of articles in the field of gaming in class 041. |
| 6,441,460 | FORTNITE | Aug. 03, 2021 | For: Computer peripherals and accessories, namely, headsets; cell phone cases in class 009. |
| 6,622,892 | FORTNITE | Jan. 18, 2022 | For: Children's books; Collectible trading cards; Paper party bags; Paper party decorations; Picture books; Story books; Blank journals in class 016.<br><br>For: Beverage glassware; Dishes; Lunch bags not of paper; Mugs; Plates in class 021.<br><br>For: Tablecloths, not of paper in class 024.<br><br>For: Beanies; Coats; Gloves; Jackets; Lounge pants; Loungewear; Outerwear, namely, coats, gloves, jackets, scarves; Pajamas; Robes; Scarves; Shorts; Sports jerseys; Sports shirts; Swimwear; Tops as clothing; Underwear in class 025.<br><br>For: Decorative backpack charms in class 026.<br><br>For: Balloons; Board games; Pinatas; Play sets for action figures; |

| | | | |
|---|---|---|---|
| | | | Plush toys; Toy guns; Toy stuffed animals; Toy weapons; Toy water guns in class 028. |
| 6,747,037 | FORTNITE | May 31, 2022 | For: Traveling bags; School bags; Hand bags; Book bags; Messenger bags; Courier Bags; Waist bags; Wallets in class 018.<br><br>For: Lunch boxes, lunch pails in class 021. |
| 6,768,349 | FORTNITE | Jun. 21, 2022 | For: Printed material, namely, series of fiction books and short stories featuring scenes and characters based on video games in class 016. |
| 4,481,629 | FORTNITE | Feb. 11, 2014 | For: Video game software in class 009. |
| 5,375,076 | FORTNITE | Jan. 09, 2018 | For: Entertainment services, namely, providing on-line computer games in class 041. |
| 5,687,400 | FORTNITE | Feb. 26, 2019 | For: Hats; Headwear; Hooded pullovers; Hooded sweat shirts; T-shirts in class 025. |
| 5,705,339 | FORTNITE | Mar. 19, 2019 | For: Toy action figures in class 028. |
| 5,789,900 | FORTNITE | Jun. 25, 2019 | For: Stands for handheld digital electronic devices, namely, cell phones in class 009.<br><br>For: Charms for key rings or key chains; Key chains; Pins being jewelry in class 014.<br><br>For: Backpacks in class 018. |

| | | | |
|---|---|---|---|
| | | | For: Costumes for use in role-playing games; Halloween costumes; Halloween costumes and masks sold in connection therewith; Socks; Sweatshirts in class 025.<br><br>For: Ornamental novelty pins; Wigs in class 026.<br><br>For: Collectable toy figures; Halloween masks; Modeled plastic toy figurines; Play figures; Toy action figures and accessories therefor; Toy figures; Toy vehicles; Toy vehicles and accessories therefor; Toys, namely, children's dress-up accessories in class 028. |
| 5,815,370 | FORTNITE | Jul. 23, 2019 | For: Blank journals in class 016.<br><br>For: Beverage glassware; Dishes; Lunch bags not of paper; Mugs; Plates in class 021.<br><br>For: Beanies; Lounge pants; Loungewear; Pajamas; Shorts; Tops as clothing; Underwear in class 025.<br><br>For: Board games; Piñatas; Play sets for action figures; Plush toys; Toy guns; Toy stuffed animals; Toy weapons; Toy water guns in class 028. |

| | | | |
|---|---|---|---|
| 5,858,465 | FORTNITE | Sep. 10, 2019 | For: Providing a website featuring non-downloadable publications in the nature of articles in the field of video gaming; arranging and conducting live, interactive gaming tournaments featuring video games; Entertainment services, namely, organizing live fan meetings and conferences in which there is interactive gameplay between conference participants in the fields of video games and e-sports; organizing live video game and e-sports competitions; Entertainment services, namely, providing online video games in class 041. |
| 5,910,618 | FORTNITE | Nov. 12, 2019 | For: Children's books; Collectible trading cards; Paper Halloween decorations; Paper party bags; Paper party decorations; Paper place mats in class 016.<br><br>For: Coats; Gloves; Jackets; Nightgowns; Outerwear, namely, coats, gloves, jackets, scarves; Swimwear in class 025. |
| 6,094,645 | FORTNITE | Jul. 07, 2020 | For: Downloadable virtual goods, namely, computer software programs featuring in-game resources, tokens and virtual currency for use in video games and online virtual worlds; Downloadable software featuring virtual currency, namely, computer programs featuring in-game tokens and currency for use in online web and mobile video games in class 009. |

| | | | |
|---|---|---|---|
| | | | For: Non-magnetically encoded gift cards in class 016.<br><br>For: Financial services, namely, providing online, non-downloadable virtual in-game currency for use by members of an online community via a global computer network in class 036.<br><br>For: Provision of online, non-downloadable web and mobile video-game computer program featuring in-game virtual currency, tokens and currency in class 041.<br><br>For: Provision of an online, non-downloadable computer program featuring in-game virtual currency, tokens and currency, for use in online web and mobile video games in class 042. |
| 6,268,507 | FORTNITE | Feb. 09, 2021 | For: Picture books; Story books in class 016.<br><br>For: Decorative backpack charms in class 026. |
| 6,479,290 | FORTNITE | Sep. 07, 2021 | For: Computer peripherals and accessories, namely, headsets; cell phone cases in class 009. |
| 6,486,550 | FORTNITE | Sep. 14, 2021 | For: Computer game instruction manuals and hint books; printed material, namely, series of fiction |

| | | | |
|---|---|---|---|
| | | | books and short stories featuring scenes and characters based on video games; comic books; calendars and posters in class 016.<br><br>For: Developing customized web pages featuring user-defined computer game information; Providing customized on-line web pages and data feeds, featuring user-defined information, which includes blog posts, new media content, other on-line content, and on-line web links to other websites, and which excludes social networking services in class 042. |
| 6,747,036 | FORTNITE | May 31, 2022 | For: Traveling bags; School bags; Hand bags; Book bags; Messenger bags; Courier Bags; Waist bags; Wallets in class 018.<br><br>For: Lunch boxes, lunch pails in class 021. |
| 5,595,762 |  | Oct. 30, 2018 | For: Video game software in class 009.<br><br>For: Entertainment services, namely, providing on-line computer games; Entertainment services, namely, providing online video games in class 041. |

| | | | |
|---|---|---|---|
| 5,712,421 |  | Apr. 02, 2019 | For: Computer software, namely, game engine software for video game development and operation; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of video games; Video game software; Computer game programs; Computer game programs and computer game software; Computer programs and computer software for interactive games; Computer game and video game discs; Downloadable computer game software for portable media players; Downloadable computer game software for wireless mobile devices; Electronic game software for wireless devices; Downloadable computer game software for network communications apparatuses; Downloadable computer game software for multi-media smart phones; Downloadable software for use in video game development, film production, television production, video production, and 3D animations, simulations, and visualizations; Virtual reality game software; Virtual reality software for creating multimedia content; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of virtual reality video games; Computer software, namely, |

| | | | software development tools for the creation of computer-generated imagery and graphics for the production of content for virtual worlds and 3D platforms; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of motion pictures, television shows, videos, 3D animations, 3D simulations, 3D visualizations, virtual reality motion pictures, and virtual reality television shows; Augmented reality game software; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for use in architecture, product design, and manufacturing; Downloadable software for the creation of fully immersive and interactive animations, simulations, and visualizations for use in architecture, product design, and manufacturing; Virtual reality software in the field of designing computer and video games in class 009. |
|---|---|---|---|

| | | | For: T-shirts and hats in class 025. |
|---|---|---|---|
| | | | For: Electronic commerce services, namely, providing on-line retail store services featuring computer software, games, and clothing in class 035. |
| | | | For: Providing online virtual reality games; Organization of computer game competitions; Arranging and conducting live, interactive gaming tournaments featuring video games; Entertainment services in the nature of organizing live social entertainment events, in particular fan gatherings and conferences in the field of games, video games and e-sports; Entertainment services, namely, providing on-line computer games, tips and strategies for computer games and news concerning computer games, provided by means of the Internet; Arranging, conducting and presenting video game competitions and contests; Multimedia publishing of games; Providing online augmented reality games; Providing on-line computer, video and electronic games from a computer network in class 041. |
| | | | For: Computer software licensing in class 045. |

| | | | |
|---|---|---|---|
| 5,712,420 | EPIC GAMES | Apr. 02, 2019 | For: Computer software, namely, game engine software for video game development and operation; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of video games; Video game software; Computer game programs; Computer game programs and computer game software; Computer programs and computer software for interactive games; Computer game and video game discs; Downloadable computer game software for portable media players; Downloadable computer game software for wireless mobile devices; Electronic game software for wireless devices; Downloadable computer game software for network communications apparatuses; Downloadable computer game software for multi-media smart phones; Downloadable software for use in video game development, film production, television production, video production, and 3D animations, simulations, and visualizations; Virtual reality game software; Virtual reality software for creating multimedia content; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of virtual reality video games; Computer software, namely, |

|  |  |  | software development tools for the creation of computer-generated imagery and graphics for the production of content for virtual worlds and 3D platforms; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for the production of motion pictures, television shows, videos, 3D animations, 3D simulations, 3D visualizations, virtual reality motion pictures, and virtual reality television shows; Augmented reality game software; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Augmented reality software for use in mobile devices for integrating electronic data with real world environments for the purposes of entertainment; Computer software, namely, software development tools for the creation of computer-generated imagery and graphics for use in architecture, product design, and manufacturing; Downloadable software for the creation of fully immersive and interactive animations, simulations, and visualizations for use in architecture, product design, and manufacturing; Virtual reality software in the field of designing computer and video games in class 009. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | For:  T-shirts and hats in class 025.<br><br>For: Electronic commerce services, namely, providing on-line retail store services featuring computer software, games, and clothing in class 035.<br><br>For: Providing online virtual reality games; Organization of computer game competitions; Arranging and conducting live, interactive gaming tournaments featuring video games; Entertainment services in the nature of organizing live social entertainment events, in particular fan gatherings and conferences in the field of games, video games and e-sports; Entertainment services, namely, providing on-line computer games, tips and strategies for computer games and news concerning computer games, provided by means of the Internet; Arranging, conducting and presenting video game competitions and contests; Multimedia publishing of games; Providing online augmented reality games; Providing on-line computer, video and electronic games from a computer network in class 041.<br><br>For: Computer software licensing in class 045. |

| | | | |
|---|---|---|---|
| 5,738,080 | V-BUCKS | Apr. 30, 2019 | For: Downloadable virtual goods, namely, computer software programs featuring in-game resources, tokens and virtual currency for use in video games and online virtual worlds; Downloadable software featuring virtual currency, namely, computer programs featuring in-game tokens and currency for use in online web and mobile video games in class 009.<br><br>For: Financial services, namely, providing online, non-downloadable virtual in-game currency for use by members of an online community via a global computer network in class 036.<br><br>For: Provision of a non-downloadable computer program featuring virtual currency, in-game tokens and currency, for use in online web and mobile video games in class 041. |
| 6,041,489 |  | Apr. 28, 2020 | For: Plush toys in the shape of a llama in class 028. |

| | | | |
|---|---|---|---|
| 6,145,353 |  | Sep. 08, 2020 | For: Toy action figures and accessories therefor sold together as a unit with a toy piñata in class 028. |
| 5,978,313 | LOOT LLAMA | Feb. 04, 2020 | For: Downloadable virtual goods, namely, computer video game software featuring virtual objects containing items of use to players in a game, for use in online virtual worlds in class 009.<br><br>For: Toy figures; plush toys; pinatas in class 028.<br><br>For: Entertainment services, namely, providing on-line, non-downloadable, virtual objects containing items of use to players in a game, for use in virtual environments created for entertainment purposes in class 041. |
| 5,875,285 | VICTORY ROYALE | Oct. 01, 2019 | For: Video game software in class 009.<br><br>For: Entertainment services, namely, providing on-line computer games; Entertainment services, namely, providing online video games in class 041. |
| 6,283,574 | VICTORY ROYALE | Mar. 02, 2021 | For: Hats; Headwear in class 025. |

| 6,687,150 | VICTORY ROYALE | Mar. 29, 2022 | For: Hooded pullovers; Hooded sweat shirts; T-shirts in class 025. |
|---|---|---|---|
| 6,647,226 |  | Feb. 15, 2022 | For: Downloadable software for engaging in social networking and interacting with online communities; downloadable software for accessing and streaming multimedia entertainment content; downloadable software for providing access to an online virtual environment in class 009. <br><br> For: Providing an online community forum for users to share and stream information, audio, video, real-time news, entertainment content, and related information, to form virtual communities, and to engage in social networking; audio, text and video broadcasting services over the internet or other communications networks in class 038. <br><br> For: Entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure, or entertainment purposes; entertainment services, namely, providing an online environment featuring streaming of entertainment content and live streaming of entertainment events; entertainment services in the nature of organizing, arranging, and hosting virtual performances and |

| | | | |
|---|---|---|---|
| | | | social entertainment events in class 041.<br><br>For: Computer services, namely, hosting an on-line multimedia virtual environment in which users can interact for recreational, leisure, educational, and entertainment purposes in class 042.<br><br>For: Online social networking services; online social networking services accessible by means of downloadable mobile applications in class 045. |
| 6,647,225 | PARTY ROYALE | Feb. 15, 2022 | For: Downloadable software for engaging in social networking and interacting with online communities; downloadable software for accessing and streaming multimedia entertainment content; downloadable software for providing access to an online virtual environment in class 009.<br><br>For: Providing an online community forum for users to share and stream information, audio, video, real-time news, entertainment content, and related information, to form virtual communities, and to engage in social networking; audio, text and video broadcasting services over the internet or other communications networks in class |

| | | | 038. |
|---|---|---|---|
| | | | For: Entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure, or entertainment purposes; entertainment services, namely, providing an online environment featuring streaming of entertainment content and live streaming of entertainment events; entertainment services in the nature of organizing, arranging, and hosting virtual performances and social entertainment events in class 041.<br><br>For: Computer services, namely, hosting an on-line multimedia virtual environment in which users can interact for recreational, leisure, educational, and entertainment purposes in class 042.<br><br>For: Online social networking services; online social networking services accessible by means of downloadable mobile applications in class 045. |
| 5,928,911 | DURRR BURGER | Dec. 03, 2019 | For: Halloween masks; Plush toys in class 028. |
| 6,044,169 | DURRR BURGER | Apr. 28, 2020 | For: Toy guns; Toy stuffed animals; Toy weapons in class 028. |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Paul Varley [11], paragraphs 26-30, and the Declaration of Martin F. Trainor [10-1], paragraphs 2-4, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

   a. using the Fortnite Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiff's genuine product or not authorized by Plaintiff to be sold in connection with the Fortnite Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Fortnite Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the Fortnite Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Seller Aliases, including, without limitation, any online marketplace platforms such as AliExpress.com ("AliExpress"), Alibaba Group Holding Limited ("Alibaba"), Amazon.com, Inc. ("Amazon"), Dhgate.com ("DHgate"), and Focus Technology Co., Ltd. ("MadeInChina"), (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of all documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendants' Seller Aliases and Defendants' financial

accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

    c.   any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliExpress, Alibaba, Amazon, DHgate, Ant Financial Services Group ("Ant Financial"), Payoneer Global, Inc. ("Payoneer"), and PayPal, Inc. ("PayPal"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon Plaintiff's request, those with notice of the injunction, including the Third-Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Fortnite Trademarks.

4.    Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.    Any Third-Party Providers, including AliExpress, Alibaba, Amazon, DHgate, MadeInChina, Ant Financial, Payoneer, and PayPal, shall, within seven (7) calendar days of receipt of this Order:

    a.   locate all accounts and funds connected to the Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in

Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendants' Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective e-commerce stores.

7.  Plaintiff is authorized to issue the expedited discovery requests authorized by Paragraph 6 via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

8.  Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, the Summons, this Order, and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The

Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.  Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

10. Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Paul Varley [12], and this Order shall remain sealed until further ordered by this Court or until the Order expires, whichever occurs earlier.

11. Plaintiff shall deposit with the Court ten thousand dollars ($10,000), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this order may move for appropriate relief.

13. This Temporary Restraining Order without notice is entered at 4:00 PM on October 11, 2023 and shall remain in effect for fourteen (14) days.

Robert W. Gettleman
United States District Judge

**Epic Games, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 23-cv-14326**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Guangzhou Junmeng Trading Co., Ltd. | https://gzjunmeng.en.alibaba.com/minisiteentrance.html |
| 2 | Quanzhou Best Supply Chain Management Co., Ltd. | https://jjbesttex.en.alibaba.com/minisiteentrance.html |
| 3 | Carebaby Store | https://www.aliexpress.com/store/911982048 |
| 4 | Child Boy T-shirt Hoodie Store | https://www.aliexpress.com/store/1101801031 |
| 5 | GUBEI TOYS Store | https://www.aliexpress.com/item/3256804287373426.html |
| 6 | Hasbro Marvel Legends toy Store | https://www.aliexpress.com/store/1101620414 |
| 7 | heylisten Store | https://www.aliexpress.com/store/912398429 |
| 8 | Marvel Comics Collection Model Toy shop Store | https://www.aliexpress.com/store/1100012104 |
| 9 | O2O Wholesale Toy Store Store | https://www.aliexpress.com/store/1101447724 |
| 10 | QiuQiu Party Store | https://www.aliexpress.com/store/1100088014 |
| 11 | RZ-STORE Store | https://www.aliexpress.com/store/1101982130 |
| 12 | Shop1100024058 Store | https://www.aliexpress.com/store/1100024058 |
| 13 | Shop1100352273 Store | https://www.aliexpress.com/store/1100352273 |
| 14 | Shop2944135 Store | https://www.aliexpress.com/store/1101250898 |
| 15 | Shop910561133 Store | https://www.aliexpress.com/store/1101546093 |
| 16 | Shop912643093 Store | https://www.aliexpress.com/store/1101948311 |
| 17 | smilewill 01 Store | https://smilewill01.aliexpress.com/store/4012002 |
| 18 | Star Road Store | https://www.aliexpress.com/store/1102209496 |
| 19 | Suman model Store | https://www.aliexpress.com/store/1100191078 |
| 20 | Zhuoxian Children Clothes Store | https://tr.aliexpress.com/store/910911041 |
| 21 | fh4j | https://www.dhgate.com/store/21800529 |
| 22 | foo_jiao | https://www.dhgate.com/store/21767767 |
| 23 | fzctl2 | https://www.dhgate.com/store/21750680 |
| 24 | gcdscloth | https://www.dhgate.com/store/21754743 |
| 25 | genben1024 | https://www.dhgate.com/store/21687878 |
| 26 | gewuxuan | https://www.dhgate.com/store/21793063 |
| 27 | gleestorey | https://www.dhgate.com/store/21569125 |
| 28 | gucci558 | https://www.dhgate.com/store/21759894 |
| 29 | adzj | https://www.dhgate.com/store/21741973 |
| 30 | ahj1 | https://www.dhgate.com/store/21800987 |

| 31 | aizi01 | https://www.dhgate.com/store/21741987 |
| 32 | akingongs | https://www.dhgate.com/store/21771477 |
| 33 | albbclothing | https://www.dhgate.com/store/21687903 |
| 34 | amzj | https://www.dhgate.com/store/21741975 |
| 35 | animetravel | https://www.dhgate.com/store/21763908 |
| 36 | ascs_sneakers | https://www.dhgate.com/store/21808222 |
| 37 | asgo | https://www.dhgate.com/store/21741982 |
| 38 | bestpricewall | https://www.dhgate.com/store/21547166 |
| 39 | bestshop02 | https://www.dhgate.com/store/21802324 |
| 40 | bkpl | https://www.dhgate.com/store/21800986 |
| 41 | bossjunsa | https://www.dhgate.com/store/21596742 |
| 42 | buyannadhty | https://www.dhgate.com/store/21704996 |
| 43 | buygoodbelts | https://www.dhgate.com/store/21592488 |
| 44 | buygoodroom | https://www.dhgate.com/store/21596667 |
| 45 | buyluckygood | https://www.dhgate.com/store/21755581 |
| 46 | carters1 | https://www.dhgate.com/store/21723007 |
| 47 | clothes_shop8 | https://www.dhgate.com/store/21754450 |
| 48 | clothes688s | https://www.dhgate.com/store/21771048 |
| 49 | clothestore01 | https://www.dhgate.com/store/21823883 |
| 50 | clothesvlon | https://www.dhgate.com/store/21771069 |
| 51 | clothkkxx | https://www.dhgate.com/store/21754738 |
| 52 | clothniux | https://www.dhgate.com/store/21768750 |
| 53 | cnccclothes | https://www.dhgate.com/store/21746006 |
| 54 | cninga | https://www.dhgate.com/store/21779994 |
| 55 | cningb | https://www.dhgate.com/store/21779996 |
| 56 | coat01 | https://www.dhgate.com/store/21825431 |
| 57 | csgoclothing | https://www.dhgate.com/store/21687906 |
| 58 | cui1dhgates | https://www.dhgate.com/store/21667282 |
| 59 | cycinternational | https://www.dhgate.com/store/21296900 |
| 60 | dalula Store | https://www.dhgate.com/store/21748708 |
| 61 | Das883 | https://www.dhgate.com/store/21750008 |
| 62 | db7g | https://www.dhgate.com/store/21800492 |
| 63 | designer2022 | https://www.dhgate.com/store/21757029 |
| 64 | designerdior | https://www.dhgate.com/store/21830158 |
| 65 | dhclothing881 | https://www.dhgate.com/store/21771049 |
| 66 | dhfashionmerchs | https://www.dhgate.com/store/21729606 |
| 67 | dhgatelz | https://www.dhgate.com/store/21749498 |
| 68 | dhgatety | https://www.dhgate.com/store/21749502 |
| 69 | dhgatexy | https://www.dhgate.com/store/21749507 |
| 70 | dhgatop | https://www.dhgate.com/store/21734534 |
| 71 | dhhrtubuy | https://www.dhgate.com/store/21704949 |
| 72 | dhstreetwears | https://www.dhgate.com/store/21743528 |
| 73 | dior688 | https://www.dhgate.com/store/21743284 |

| 74 | djyg | https://www.dhgate.com/store/21800613 |
|---|---|---|
| 75 | dress6688 | https://www.dhgate.com/store/21771077 |
| 76 | elnl | https://www.dhgate.com/store/21800984 |
| 77 | enjoy_factory | https://www.dhgate.com/store/21640820 |
| 78 | evisu_designer01 | https://www.dhgate.com/store/21698850 |
| 79 | facaizyh2 | https://www.dhgate.com/store/21715080 |
| 80 | fali2 | https://www.dhgate.com/store/21721640 |
| 81 | fans_jersey_mall | https://www.dhgate.com/store/21750617 |
| 82 | fed26 | https://www.dhgate.com/store/21815490 |
| 83 | health_lifes | https://www.dhgate.com/store/21567216 |
| 84 | hoodies66 | https://www.dhgate.com/store/21824202 |
| 85 | hxx1224 | https://www.dhgate.com/store/21771319 |
| 86 | iism | https://www.dhgate.com/store/21800991 |
| 87 | ikfushi | https://www.dhgate.com/store/20755353 |
| 88 | ioctopus | https://www.dhgate.com/store/21762650 |
| 89 | jdee | https://www.dhgate.com/store/21800627 |
| 90 | jeans3 | https://www.dhgate.com/store/21742957 |
| 91 | jiabuydhiu | https://www.dhgate.com/store/21725936 |
| 92 | jinai001 | https://www.dhgate.com/store/21768198 |
| 93 | jinkouaodi | https://www.dhgate.com/store/21771758 |
| 94 | jishencifu | https://www.dhgate.com/store/21202010 |
| 95 | jitc | https://www.dhgate.com/store/21800995 |
| 96 | jizc | https://www.dhgate.com/store/21800600 |
| 97 | jjhp | https://www.dhgate.com/store/21800568 |
| 98 | justbuyits | https://www.dhgate.com/store/21628327 |
| 99 | langquancos | https://www.dhgate.com/store/21663578 |
| 100 | lianwu07 | https://www.dhgate.com/store/21621036 |
| 101 | looyuses | https://www.dhgate.com/store/21589672 |
| 102 | luckypans | https://www.dhgate.com/store/21771092 |
| 103 | luckysdhgate | https://www.dhgate.com/store/21606924 |
| 104 | lv899 | https://www.dhgate.com/store/21764392 |
| 105 | lxysq | https://www.dhgate.com/store/21500899 |
| 106 | lyouyip0 | https://www.dhgate.com/store/21751278 |
| 107 | make07 | https://www.dhgate.com/store/21591605 |
| 108 | maosgetian | https://www.dhgate.com/store/21772044 |
| 109 | mature_ | https://www.dhgate.com/store/21727331 |
| 110 | meisaidesitrade | https://www.dhgate.com/store/21771750 |
| 111 | mensstore01 | https://www.dhgate.com/store/21733501 |
| 112 | minclothes | https://www.dhgate.com/store/21768586 |
| 113 | morr | https://www.dhgate.com/store/21801004 |
| 114 | mrc888 | https://www.dhgate.com/store/21765291 |
| 115 | newtodaynew | https://www.dhgate.com/store/21767403 |
| 116 | newyeargan | https://www.dhgate.com/store/21758000 |

| 117 | nokg | https://www.dhgate.com/store/21801003 |
| 118 | noteo | https://www.dhgate.com/store/21500507 |
| 119 | nrd5 | https://www.dhgate.com/store/21800697 |
| 120 | nsc7 | https://www.dhgate.com/store/21801001 |
| 121 | o7zw | https://www.dhgate.com/store/21800517 |
| 122 | ocf8 | https://www.dhgate.com/store/21800567 |
| 123 | pchengfugood | https://www.dhgate.com/store/21748679 |
| 124 | phkfuzecheng03 | https://www.dhgate.com/store/21750191 |
| 125 | ponestopwholesale | https://www.dhgate.com/store/21296980 |
| 126 | pwhk | https://www.dhgate.com/store/21800554 |
| 127 | pyihai2021 | https://www.dhgate.com/store/21748417 |
| 128 | rerh | https://www.dhgate.com/store/21800579 |
| 129 | s29x | https://www.dhgate.com/store/21800988 |
| 130 | saringbaodian | https://www.dhgate.com/store/21772143 |
| 131 | sexycthing | https://www.dhgate.com/store/21645672 |
| 132 | sh2y | https://www.dhgate.com/store/21800996 |
| 133 | sihuai01 | https://www.dhgate.com/store/21609036 |
| 134 | supreme99 | https://www.dhgate.com/store/21765603 |
| 135 | tee0101 | https://www.dhgate.com/store/21828772 |
| 136 | tee0303 | https://www.dhgate.com/store/21828795 |
| 137 | tee0606 | https://www.dhgate.com/store/21828806 |
| 138 | tee0909 | https://www.dhgate.com/store/21828822 |
| 139 | Top brand  Store | https://www.dhgate.com/store/21800055 |
| 140 | top12 | https://www.dhgate.com/store/21725686 |
| 141 | tphk | https://www.dhgate.com/store/21800491 |
| 142 | tracksuits001 | https://www.dhgate.com/store/21824338 |
| 143 | tshirt99 | https://www.dhgate.com/store/21796430 |
| 144 | voay | https://www.dhgate.com/store/21800580 |
| 145 | volkswagenclothing | https://www.dhgate.com/store/21687897 |
| 146 | wg7900 | https://www.dhgate.com/store/21187970 |
| 147 | wizb | https://www.dhgate.com/store/21800518 |
| 148 | wmpr | https://www.dhgate.com/store/21800540 |
| 149 | wuling50 | https://www.dhgate.com/store/21751357 |
| 150 | wuxh110_clo | https://www.dhgate.com/store/21771043 |
| 151 | yanyanzi001 | https://www.dhgate.com/store/21768986 |
| 152 | yuekaiele | https://www.dhgate.com/store/21749531 |
| 153 | yuexiandengs | https://www.dhgate.com/store/21663515 |
| 154 | yzz122 | https://www.dhgate.com/store/21772606 |
| 155 | zbzt | https://www.dhgate.com/store/21800692 |
| 156 | zubv | https://www.dhgate.com/store/21800989 |
| 157 | zy00001 | https://www.dhgate.com/store/21768721 |
| 158 | Jinjiang Chaote Co., Ltd | https://wholesalesmart.en.made-in-china.com/ |

| | | |
|---|---|---|
| 159 | Su Zhou Offer Gifts Co., Ltd. | https://szoffer-gifts.en.made-in-china.com |
| 160 | YC Clothing Co., Ltd. | https://yccapbagbeanie.en.made-in-china.com |
| 161 | dhgateandycool | https://www.dhgate.com/store/21617280 |
| 162 | Art Design Gallery Store | https://www.aliexpress.com/store/1100236026 |
| 163 | D-I-Y diamonds paintings Store | https://www.aliexpress.com/store/1101862726 |